441 A.2d 789

Estate of Smullen.

Appeal of Gleeson, Jr.

Argued November 18, 1981. Francis Gleeson, in propria persona and for Smullen, appellants; Joseph E. Greene, Jr., for McGee, Schoepp, American Onco-

logic Hosp., and Parens & Patriae for Charities, participating parties; Charles E. Donohue, Deputy Attorney General, for Inheritance Tax Dept., participating party.

Before McEWEN, MONTEMURO and HOFFMAN, JJ.

Decree affirmed on the comprehensive opinion of the court below.